Gigg Heiberg, Respondent, v. Marion L. Hasler, Sued Herein as Marion Hasler Colwell (Appearing Specially Only for the Purposes of This Appeal), Appellant. (Appeal No. 1.) — Order denying defendant's motion to compel the plaintiff's attorney to pay the poundage fees owing to the sheriff of New York county as a consequence of a warrant of attachment and levies thereunder upon defendant's property, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

Gigg Heiberg, Respondent, v. Marion L. Hasler, Sued Herein as Marion Hasler Colwell, Appearing Specially for the Purpose of This Appeal Only and for no Other Purpose, Appellant. (Appeal No. 2.) — Order denying defendant's motion to vacate the service of a summons and complaint, and to declare null and void the warrant of attachment herein, affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. The stipulation of September 1, 1939, signed by the defendant's attorney, is to be considered in connection with the stipulation of August 30, 1939, signed by the defendant in person. The two stipulations, when read together, establish a general appearance on the part of the defendant and preclude inquiry into the validity or invalidity of the service of process on the defendant in person. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

In the Matter of the Petition of Domenica Battista, Administratrix, for Discovery Proceedings in the Estate of Marco Battista, Deceased. Giuseppe Amendolara, Appellant; Domenica Battista, as Administratrix, etc., of Marco Battista, Deceased, Respondent.— Appeal from an order denying appellant's motion to strike certain items from a bill of costs allowed to the petitioner in a discovery proceeding in the Surrogate's Court of Kings county. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of Determining the Validity of the Right of Election in the Estate of Louis Bihler, Deceased. Joseph Reller and William P. Roseland, Executors, etc., of Louis Bihler, Deceased, Respondents; Theresa Bihler, Appellant; Charles Margett, as Special Guardian for Edmond Dorflinger, Jr., and Barbara Ann Dorflinger, Infants, etc., and Frances Bihler, an Incompetent Person, Respondent.— Decree of the Surrogate's Court of Queens county, adjudging that a notice of election filed by appellant under section 18 of the Decedent Estate Law is null and void because appellant abandoned her husband and, hence, she has not the right of such election, unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.